IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 6:13-MJ-06001 |
| | ) | |
| KENDRA LASHAWN BURRIS | ) | |

## **ORDER OF DISMISSAL**

Now on this same day came on for consideration the United States' Motion to Dismiss pursuant to Rule 48(a), Federal Rules of Criminal Procedure, and upon consideration of the same, the Court is of the opinion that same Motion should be granted.

**NOW THEREFORE**, it is ordered that the Information filed in the above-entitled and numbered cause on January 14, 2013, be on the same day hereby dismissed without prejudice.

**Entered on this 1st day of October 2013**.

/s/ Barry A. Bryant
HONORABLE BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE